HANSON BRIDGETT LLP
ANDREW A. BASSAK, SBN 162440
abassak@hansonbridgett.com
CHRISTINA NUGENT, SBN 199646
cnugent@hansonbridgett.com
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
DCasarrubias-Gonzalez@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant RADIAL POWER,
L.L.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RENEWABLE AMERICA LLC. a California limited liability company, and RNA SERVICES LLC, a California limited liability company,<br><br>            Plaintiffs,<br><br>        v.<br><br>RADIAL POWER, L.L.C., a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 5:26-cv-03762-SVK<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT RADIAL POWER, L.L.C.'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT (L.R. 6-1 AND 6-3)** |

[PROPOSED] ORDER GRANTING DEFENDANT RADIAL POWER, L.L.C.'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT (L.R. 6-1 AND 6-3)

23196102.1

## [PROPOSED] ORDER

The Court has received and considered Defendant Radial Power, L.L.C.'s Motion to Enlarge Time to File Responsive Pleading, the Declaration of David C. Casarrubias-González in support thereof, the exhibits attached thereto, and Plaintiffs' opposition to ~~all other papers submitted in connection with~~ the motion. Having found good cause therefor,

**IT IS HEREBY ORDERED** that Defendant Radial Power, L.L.C.'s deadline to answer or otherwise respond to the Complaint in this action is hereby enlarged to, and including, **June 22, 2026**.

**IT IS SO ORDERED**.

DATED: _____June 12_____, 2026

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANT RADIAL POWER, L.L.C.'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT (L.R. 6-1 AND 6-3)

23196102.1