United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENEWABLE AMERICA LLC, et al.,
Plaintiffs,

v.

RADIAL POWER L.L.C,
Defendant.

Case No. 26-cv-03762-SVK

**ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE**

The Court held an Initial Case Management Conference on August 11, 2026. The Parties indicated that they are negotiating a phased discovery plan, and the Court gave guidance as to the structure and timing of such a plan.

The Court inquired of the Parties as to whether any Party seeks a jury trial. **All Parties waived the right to a jury trial on the record.** The Court will set the date of the bench trial after the Parties submit a discovery plan by the deadline indicated below.

The Parties will engage in private mediation with a deadline of December 31, 2026.

The Court set the following deadlines:

| **Scheduled Event** | **Date/Deadline** |
|---|---|
| Stipulated Proposed Protective Order and ESI Order (or joint discovery dispute submission re same) | 8/28/2026 |
| Joint Proposed Discovery Plan | 8/28/2026 |
| Completion of Mediation | 12/31/2026 |
| Bench Trial | Fourth quarter 2027 – date to be set following Parties' submission of Joint Proposed Discovery Plan |

**SO ORDERED.**

Dated: August 11, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge